**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-6410**

_____

MAMADOU BAILO DIALLO,

             Petitioner - Appellant,

        v.

MORY KARAMOKO KABA, Mr., Consul for the embassy of the
Republic of Guinea; ALY KAMARA, Mr., Director of Operations
of the embassy; MADAME PAUL, Ms., Personal Assistant of the
Consul,

             Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Alexander Williams, Jr., District
Judge.  (8:09-cv-00291-AW)

_____

Submitted:  July 16, 2009          Decided:  August 19, 2009

_____

Before WILKINSON, NIEMEYER, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Mamadou Bailo Diallo, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mamadou B. Diallo appeals the district court's order dismissing his 28 U.S.C. § 2241 (2006) petition without prejudice for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See 8 U.S.C. § 1252(a)(5) (2006) (providing that "[n]otwithstanding any other provision of law . . ., including section 2241 of title 28, . . . a petition for review filed with an appropriate court of appeals . . . shall be the sole and exclusive means for judicial review of an order of removal entered or issued under any provision of this Act"). We deny the pending motion for a transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED